EXHIBITS IN SUPPORT OF PLAINTIFFS' 21 DAY DEMAND PURSUANT TO RULE 11(c)(1)(A) TO WITHDRAW DEFENDANT SILVER'S MOTION FOR SUMMARY JUDGMENT

EXHIBIT A    --  LEWIS I DEPOSITION
EXHIBIT B    --  TANEN DEPOSITION
EXHIBIT C    --  SILVER  DEPOSITION
EXHIBIT D    --  FIRST AMENDED COMPLAINT
EXHIBIT E    -- CONTRACT OF SALE
EXHIBIT F    -- DECLARATIO OF MCGRANE