UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PAULETTE VAUGHN and JOY VAUGHN

                    Plaintiffs,

    - against -

CONSUMER HOME MORTGAGE
COMPANY, INC. (CHM), THE
FORECLOSURE NETWORK OF NEW
YORK, INC. (FNNY), MICHAEL ASHLEY,
individually and in his capacity as an
officer and/or substantial shareholder of
CHM, JAS PROPERTY SERVICES a/k/a
JAS LLC, ABN AMRO MORTGAGE
GROUP, INC., as assignee of and successor
to CHM, MICHAEL PARKER, individually
and in his capacity as officer/ employee of
CHM, GARY LEWIS, individually and as
President of FNNY, JOSHUA SMILING,
CHARLES SALVA APPRAISALS, INC.,
CHARLES SALVA, MARTIN SILVER,
ESQ., ANN MCGRANE, ESQ., KENNETH
GOLDEN, ESQ. and ALPHONSO
JACKSON, as Secretary of the UNITED
STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

                    Defendants.

JUDGMENT
01-CV-7937 (ILG)

-----------------------------------------------------------X

DAN Y. BANKS and DAVID B.
MOUNSEY,

                    Plaintiffs,

    - against-

CONSUMER HOME MORTGAGE
COMPANY, INC., ET AL.

                    Defendants.
-----------------------------------------------------------X

    A Memorandum and Order of Honorable I. Leo Glasser,, United States District Judge, having been entered on January 22, 2007, denying the plaintiffs' motion to reconsider the Court's Order entered on August 4, 2006 holding that the plaintiffs lack standing to seek declaratory or injunctive relief against the

United States Department of Housing and Urban Development; granting in part and denying in part the Vaughns' motion to reconsider the Court's Order granting summary judgment to defendant Martin Silver, Esq. granting defendant Silver's motion for summary judgment as to the plaintiffs' first and seventh causes of action; and denying the plaintiffs' motion to reconsider the Court's Order denying leave to amend the First Amended Complaint, it is

ORDERED AND ADJUDGED, that plaintiffs' motion to reconsider the Court's Order holding that the plaintiffs lack standing to seek declaratory or injunctive relief against the United States Department of Housing and Urban Development is denied; that the Vaughns' motion to reconsider the Court's Order granting summary judgment to defendant Martin Silver, Esq is granted in part and denied in part; that defendant Silver's motion for summary judgment as to the plaintiffs' first and seventh causes of action is granted; and that the plaintiffs' motion to reconsider the Court's Order denying leave to amend the First Amended Complaint is denied.

Dated:     Brooklyn, New York
           March 2, 2007

                                            ROBERT C. HEINEMANN
                                            CLERK OF THE COURT